978 A.2d 918

IN THE MATTER OF RICHARD M. ROBERTS,
AN ATTORNEY AT LAW.

September 24, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision and supplemental decision in DRB 09–046, concluding that **RICHARD M. ROBERTS** of **WEST CALDWELL,** who was admitted to the bar of this State in 1971, should be disciplined and required to practice law under supervision for violating RPC 1.3 (lack of diligence), *RPC* 1.4(b) (failure to keep client informed), *RPC* 1.5(b) (failure to provide client with a written fee agreement),

And good cause appearing;

It is ORDERED that RICHARD M. ROBERTS is hereby censured; and it is further

ORDERED that respondent shall practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of two years and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.